IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR217-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALAN COREY DULIN | ) | |
| | ) | |

    This matter is before the court upon Defendant's Motion to Modify Sentence pursuant to Rule 35. After reviewing the briefs filed by the government and the defendant, it appears to the court that there is no Rule 35 error, and modification of defendant's sentence would be inappropriate.

    IT IS THEREFORE ORDERED that defendant's Motion to Modify Sentence is hereby DENIED.

Signed: March 27, 2006

Graham C. Mullen
United States District Judge