IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALAN COREY DULIN ) <br>     Defendant, ) <br> ) <br> and ) <br> ) <br> PDS INFORMATION SERVICES INC., ) <br>     Garnishee. ) | CASE NO. DNCW3:03CR217 <br> (Financial Litigation Unit) |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Alan Corey Dulin is DISMISSED.

Signed: January 14, 2015

Frank D. Whitney
Chief United States District Judge