IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:03-CR-217-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ALAN COREY DULIN, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Continuing Garnishment" (Document No. 40) filed July 13, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, the Government reports that it "has established a monthly payment plan with the Defendant," and therefore, requests dismissal of the "Writ Of Continuing Garnishment" (Document No. 36) entered on May 27, 2022. (Document No. 40).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Continuing Garnishment" (Document No. 40) is **GRANTED**.

**SO ORDERED**.

Signed: July 13, 2022

David C. Keesler
United States Magistrate Judge