IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:03-CR-217-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN COREY DULIN,<br><br>Defendant,<br><br>and<br><br>INSIGHT DIRECT USA, INC.,<br><br>Garnishee. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 49) filed on May 2, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion. The Government reports that Defendant, Alan Corey Dulin, is no longer employed by the Garnishee.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 49) is **GRANTED**. The "Writ of Continuing Garnishment" (Document No. 45) is **DISMISSED**.

**SO ORDERED**.

Signed: May 2, 2024

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge